UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TIMOTHY CHEROTTI and ROSEBUD
VENTURES LLC, a New York limited liability
company,

                    Plaintiffs,

          - against -

EXPHAND INC., a Delaware corporation, and
FRANK NEMIROFSKY, individually and in his
capacity as director and officer of Exphand, Inc.,

                    Defendants.
------------------------------------------------------------------------X

ORDER

20-CV-11102 (SLC)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      By a letter, Docket Entry No. 38, the parties request a one-week adjournment of the settlement conference scheduled for September 8, 2021. The Court is not available on the parties' proposed date for the conference, September 15, 2021; therefore, the conference will be held on September 16, 2021, at 2:30 p.m. The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. The parties are also directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, which may be found on the Court's website. As set forth in the procedures, no later than three days before the conference, the parties must provide Judge Fox: (1) a pre-conference letter; and (2) a completed attendance form; **these submissions shall be made via e-mail to:** elizabeth_potter@nysd.uscourts.gov.

      Additionally, at least five days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated:  New York, New York
          September 3, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE