UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY CHEROTTI and ROSEBUD VENTURES LLC,

                        Plaintiffs,

            -v-                                        CIVIL ACTION NO.: 20 Civ. 11102 (SLC)

EXPHAND, INC. and FRANK NEMIROFSKY,                            **ORDER**

                        Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

A Telephone Conference is scheduled for **Thursday, December 9, 2021 at 10:00 am** on

the Court's conference line to discuss the case status.  The parties are directed to call: (866) 390-

1828; access code: 380-9799, at the scheduled time.

Dated:        New York, New York
              December 3, 2021

                              SO ORDERED.

                              **SARAH L. CAVE**
                              **United States Magistrate Judge**