UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY CHEROTTI and ROSEBUD VENTURES LLC,

               Plaintiffs,

-v-

EXPHAND, INC. and FRANK NEMIROFSKY,

               Defendants.

CIVIL ACTION NO.: 20 Civ. 11102 (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Plaintiffs' motion "for the entry of a default and default judgment" against defendant Exphand, Inc. ("Exphand") is DENIED WITHOUT PREJDUCE.  By **April 14, 2022**, Plaintiffs shall request a certificate of default as to Exphand from the Clerk of Court, in accordance with Fed. R. Civ. P. 55 and S.D.N.Y. Local Rule 55.1.  Once they obtain a certificate of default, Plaintiffs may renew their motion for default judgment as to Exphand <u>after the Court rules</u> on Defendants' Motion to Dismiss (ECF No. 42) and Plaintiffs' Motion to Amend (ECF No. 50).

Dated:    New York, New York
           April 7, 2022

                                              SO ORDERED.

                                              _/s/ Sarah L. Cave_
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**