UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY CHEROTTI,

                     Plaintiffs,

-v-                                        CIVIL ACTION NO.: 20 Civ. 11102 (SLC)

EXPHAND, INC. and FRANK NEMIROFSKY,       **ORDER**

                     Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

On June 10, 2022, the Court partially granted Plaintiffs' motion to file a First Amended Complaint ("FAC"), and directed: (i) Plaintiffs to file the FAC by June 17, 2022; (ii) Defendants to respond to the FAC within fourteen days of service; and (iii) the parties to file a proposed schedule for the completion of discovery by July 15, 2022. (ECF No. 86 at 17–18). On June 17, 2022, Plaintiffs filed the FAC. (ECF No. 89). To date, however, Defendants have not responded to the FAC, requested an extension of time to do so, or otherwise communicated with the Court. The parties also failed to file a proposed discovery schedule.

Accordingly, the Court orders as follows:

1. The telephone conference scheduled for Tuesday, July 19, 2022 is CANCELLED;

2. By **July 22, 2022**, Plaintiff shall request a certificate of default as to Defendants from the Clerk of Court, in accordance with Fed. R. Civ. P. 55 and S.D.N.Y. Local Rule 55.1; and

3. By **August 5, 2022**, Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Practices, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55.

Dated:  New York, New York
        July 18, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**