UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY CHEROTTI,

               Plaintiffs,

-v-                                                CIVIL ACTION NO.: 20 Civ. 11102 (SLC)

EXPHAND, INC. and FRANK NEMIROFSKY,               **ORDER**

               Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the telephone conference held today, September 20, 2022, the Court orders as follows:

1. By **September 26, 2022**, Defendants shall file their amended answer to the Amended Complaint.

2. All discovery shall be completed by **October 28, 2022**.

3. By **November 4, 2022**, the parties shall file a joint letter (the "Letter) certifying the completion of discovery.  In the Letter, the parties shall also indicate whether they intend to pursue settlement and, if so, whether they seek a referral to another Magistrate Judge for a settlement conference.  If the parties do not intend to pursue settlement, the Letter shall include a proposed briefing schedule for any anticipated summary judgment motions.

Dated:       New York, New York               SO ORDERED.
                September 20, 2022

                                                       **SARAH L. CAVE**
                                                       **United States Magistrate Judge**